UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTWAN GATHERS,

                             Petitioner,

  -against-

PATRICK WALSH, *Warden*, et al.,

                           Respondents.
----------------------------------------------------------------X

JUDGMENT
05-CV- 5435 (JG)

DEC 9 2005

BROOKLYN OFFICE

     An Order of Honorable John Gleeson, United States District Judge, having been filed on December 2, 2005, dismissing the petition for a writ of habeas corpus as premature; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that the petition for a writ of habeas corpus is dismissed as premature.

Dated: Brooklyn, New York
         December 07, 2005

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court